

No. 17–0458/AF. U.S. v. Chad A. Blatney. CCA 2016–16. Appellant's motion to extend time to file supplement to the petition for grant of review granted to July 5, 2017.

Friday, June 16, 2017

No. 17–0460/AF. U.S. v. Mark A. Anderson. CCA 38959. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 5, 2017.

Monday, June 19, 2017

